# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHAWN YAEGER,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>FELIPE MARTINEZ, JR., et al.,<br><br>　　　　Defendants. | No. CV 19-07059-SVW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is GRANTED and that Judgment is entered dismissing this case without prejudice to Plaintiff filing a new action after exhausting administrative remedies.

Date: February 1, 2022

STEPHEN V. WILSON
United States District Judge