JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHAWN YAEGER, | No. CV 19-07059-SVW (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| FELIPE MARTINEZ, JR., et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice to Plaintiff filing a new action after exhausting administrative remedies.

Date: February 1, 2022

STEPHEN V. WILSON
United States District Judge